COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| IN RE: | | No. 08-16-00225-CR |
| | § | |
| EUGENIO L. RODRIGUEZ, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Eugenio L. Rodriguez, has filed a mandamus petition asking that we order the 109th District Court of Andrews County, Texas, to appoint counsel to represent him on a motion for DNA testing.  We deny mandamus relief.

To obtain mandamus relief, Relator must demonstrate that he does not have an adequate remedy at law and that the act he seeks to compel is ministerial.  *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007).  Article 64.01(c) provides that a convicted person is entitled to counsel during a proceeding under Chapter 64 if the trial court finds "reasonable grounds for a motion to be filed[.]"  TEX.CODE CRIM.PROC.ANN. art. 64.01(c)(West Supp. 2016).  Finding that Relator has failed to establish he is entitled to mandamus relief, we deny the petition for writ of mandamus.

STEVEN L. HUGHES, Justice

September 9, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)